IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GARY LEON TETER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08CV6097-SJ-FJG |
| | ) |
| GLASS ONION, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLETION OF DISCOVERY

Defendant Glass Onion, Inc. certifies that discovery concluded on September 1, 2009 and that this case is ready for further processing.

Respectfully submitted,

**HORN AYLWARD & BANDY, LLC**

/s/ Amy J. Tillery_____
Roger W. Slead                MO # 37230
Amy J. Tillery                MO # 59038
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
(816) 421-0700 phone
(816) 421-0899 fax
rslead@hab-law.com
atillery@hab-law.com

**ATTORNEYS FOR DEFENDANT
GLASS ONION, INC.**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record this 21st day of September, 2009, by the Court's ECF system.


/s/ Amy J. Tillery_____
Attorney for Defendant Glass Onion, Inc.