IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GARY LEON TETER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.:08CV6097-SJ-FJG |
| | ) |
| GLASS ONION, INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gary Leon Teter, Jr. ("Teter") and Defendant Glass Onion, Inc. ("GOI") have entered into a settlement agreement, which resolves all of the claims, counterclaims, and legal issues in this consolidated lawsuit. Accordingly, Teter and GOI both hereby dismiss *with prejudice* all claims in this action, with the parties to bear their own court costs and attorneys' fees.

Respectfully submitted,

**INTELLECTUAL PROPERTY CENTER, LLC**

/s/Arthur K. Shaffer_____
Arthur K. Shaffer     MO # 51229
9233 Ward Parkway
Suite 100
Kansas City, MO 64114
(816) 363-1555 phone
(816) 363-1201 fax
ashaffer@theIPCenter.com

**ATTORNEYS FOR PLAINTIFF
GARY LEON TETER, JR.**

And

**HORN AYLWARD & BANDY, LLC**

/s/ Roger W. Slead
Roger W. Slead   MO # 37230
Amy J. Tillery   MO # 59038
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri  64108
(816) 421-0700 phone
(816) 421-0899 fax
rslead@hab-law.com
atillery@hab-law.com

**ATTORNEYS FOR DEFENDANT GLASS ONION, INC.**